PER CURIAM.
We affirm appellant’s conviction for loitering and prowling. See State v. Ecker, 311 So.2d 104, 110 (Fla.1975); In re A.R., 460 So.2d 1024, 1024-25 (Fla. 4th DCA 1984).
However, the trial court’s adjudication of appellant’s delinquency was rendered without consideration of a predisposition report. See State v. Berry, 647 So.2d 830, 832 (Fla.1994); Harris v. State, 633 So.2d 562, 563 (Fla. 4th DCA 1994).
Moreover, there is an absence of specific findings. § 39.052(4)(e)l, Fla.Stat. (1995); J.M. v. State, 692 So.2d 308 (Fla. 4th DCA 1997); M.C. v. State, 687 So.2d 832, 833 (Fla. 4th DCA 1996).
Accordingly, we reverse the adjudication and remand.
GLICKSTEIN, STEVENSON and SHAHOOD, JJ., concur.